## THOMAS v. STATE.
### No. 13589.

Court of Criminal Appeals of Texas.
June 25, 1930.

Earl R. Swanger, of Huntsville, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

HAWKINS, J.

Conviction is for unlawfully carrying a pistol; punishment being a fine of $100.

The record contains neither statement of facts nor bills of exception. In such condition nothing is presented for review.

The judgment is affirmed.

## MILBURN v. STATE.
### No. 13704.

Court of Criminal Appeals of Texas.
June 25, 1930.

Lee P. Pierson, of Amarillo, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

HAWKINS, J.

Conviction is for possessing intoxicating liquor for the purpose of sale; punishment being one year and one day in the penitentiary.

No statement of facts nor bills of exception are found in the record. Nothing is presented for review.

The judgment is affirmed.